## KEITH SCOTT *v.* APRIL SCOTT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22457) is denied.

*Keith Scott,* pro se, in support of the petition.

Decided February 6, 2002

## INTERLUDE, INC. *v.* CATHERINE A. SKURAT, TAX COLLECTOR OF THE CITY OF DANBURY, ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 67 Conn. App. 505 (AC 17634), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes § 12-81b and Danbury Code § 18-20 require a municipality to abate the collection of previously assessed and levied property taxes effective as of the date of acquisition of the property by the nonprofit charitable organization?"

The Supreme Court docket number is SC 16690.

*Peter N. Buzaid,* assistant corporation counsel, in support of the petition.

*Monte E. Frank, Neil R. Marcus, David L. Grogins* and *Jonathan S. Bowman,* in opposition.

Decided February 14, 2002